**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LARRY WISENBAKER, | ) | 3:03-CV-0500-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 23, 2009 |
| CRAIG FARWELL, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

This case has been pending for six years since September 11, 2003 (#1). Defendants request to reset settlement conference (#70) is **DENIED.** The settlement conference shall proceed as set on October 6, 2009 at 9:30 a.m. (#67). The Office of the Attorney General shall make the necessary arrangements for plaintiff to be available in person for the settlement conference (#68).

**IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:          /s/
       Deputy Clerk