UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY M. WISENBAKER, | ) |
| Plaintiff, | ) Case No. 3:03-cv-500- LRH-VPC |
| vs. | ) |
| CRAIG FARWELL, et al., | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER AND ORDER**

The parties by and through undersigned counsel hereby agree, stipulate and request this Court to ender an Order continuing the date the Joint Pretrial Order is due.

A Settlement Conference was held in this case on Tuesday October 6th. The Pretrial Order was set and is currently due on Friday October 30th (a state holiday for defense counsel). Both Plaintiff and Defendants counsel find that completing the Pretrial Order by the current due date extraordinarily difficult given their schedules. Following the settlement conference, Plaintiff's counsel prepared for and traveled to the Bay Area for Oral Argument before the Ninth Circuit for the morning of Friday October 9th (case no. 3:08-cv-585). In addition to other work, Plaintiff's counsel then prepared for and participated in two days of depositions in Las Vegas (Thursday and Friday October 15th and 16th, case no. 3:08-cv-635) which did not include traveling time. Plaintiff's counsel then dedicated the beginning of this week to preparing the Pretrial Order, but given the time it is taking and next week's schedule Plaintiff's counsel already knows it is extraordinarily difficult to finish. In addition to the Pretrial Order, other work and events have fallen during this time frame. On Monday October 26th, Plaintiff's counsel has court in Winnemucca for a case involving the Indian Child Welfare Act. On

Tuesday October 27th, a full day of depositions are again going to occur in case no. 3:08-cv-635. On Wednesday October 28th, a deadline to file a dispositive motion (which is currently being prepared) in case no. 3:08-cv-667 is due. On October 29th, Plaintiff's counsel has a criminal hearing, and on Monday November 2nd, an Opposition to a motion for summary judgment in case no. 3:08-cv-667 is due.

Likewise Defendants counsel has and had a full schedule that includes the following. Defense counsel was sick with the flu on October 16th and 17th, had filing dates on October 16th, 19th and 20th, taught at POST on the 21st, has a mediation conference on the 27th, and motion hearings on the 28th and 29th.

For the above reasons, it is requested that the parties be given until Monday November 16th to file the Joint Pretrial Order in this matter.¹

RESPECTFULLY SUBMITTED this 22nd day of October, 2009.

By: _____/s/_____  
    Susan E. Lee, Esq.  
    Attorney for Defendants

By: _____  
    Brian Morris, Esq.  
    Attorney for Plaintiff

IT IS SO ORDERED.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE

DATED: October 26, 2009.

---

¹ Monday November 16th was chosen since Plaintiff's counsel also has a dispositive motion hearing on Friday November 13th in case no. 3:08-cv-529.

2