UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LARRY M. WISENBAKER,

    Plaintiff,

vs.

CRAIG FARWELL, et al.,

    Defendants.

Case No. 3:03-cv-500- LRH-VPC

**UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**
AND ORDER

    The parties by and through undersigned counsel hereby agree, and request this Court to ender an Order continuing the date the Joint Pretrial Order is due.

    A previous extension was granted by this Court to file the Joint Pretrial Order in this matter. A second request is being requested for several reasons including the difficulty the undersigned has communicating with his client due to him being incarcerated. After the previous request for an extension was granted, the parties talked and agreed it would be fruitful to attempt settlement discussions and a settlement amount had been discussed. The undersigned had planned a trip to the Lovelock correctional facility on Monday November 2nd to visit his client as he had court in Winnemucca on that date so this present case and settlement possibilities could again be discussed. The undersigned then learned that Plaintiff was incarcerated in Carson City at that time and then scheduled a visit to Carson City on Wednesday November 4th. But while attempting that visit it was learned that Plaintiff had been transported back to Lovelock. The undersigned then made a trip to the Lovelock correctional facility on Saturday November 7th to visit his client to discuss the case and settlement potential. Given the nature of this case, it is necessary for the undersigned to personally

1

meet with Plaintiff for him to fully understand it and the undersigned is making this trip on the weekends in hopes of resolving this case.  Plaintiff needed time to consider everything and the parties then discussed the status of the case and decided that this time is being well spent and the logistical difficulty the undersigned has in meeting with his client needs to be accommodated.  Given the undersigned's workload, the undersigned is only able to travel to and meet with Plaintiff on the weekends.  This past weekend the undersigned was unable to meet with Plaintiff, but it was agreed that he will again make the trip to Lovelock to meet with his client this coming weekend of November 21st).  Given the logistical difficulties in this matter due to it involving inmate litigation and to allow the parties a final attempt at settlement discussions prior to spending the time involved in preparing the pretrial order, the parties are requesting another extension of time to prepare the pretrial order.  Due to the undersigned not being able to meet with his client until this coming weekend and that the following week contains the Thanksgiving holiday where the parties will be traveling, the parties have agreed to and request an additional three (3) weeks to file the Pretrial Order and request that an extension be given until December 7th, 2009.

RESPECTFULLY SUBMITTED this 17th day of November, 2009.

By: _____
Brian Morris, Esq.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED:  November 19, 2009

2