UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY M. WISENBAKER, | ) | 3:03-CV-0500-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 10, 2010 |
| | ) | |
| CRAIG FARWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants filed an application for order to produce prisoner (#94). Plaintiff filed a notice of non-opposition (#97). Therefore,

   **IT IS ORDERED** that defendants' application for order to produce prisoner (#940 is **GRANTED**. Plaintiff, Larry M. Wisenbaker #64320, shall be produced by the Nevada Department of Corrections for a personal appearance at the hearing set for April 1, 2010 at 9:30 a.m. before United States Magistrate Judge Valerie P. Cooke, 400 S. Virginia Street, 4th Floor, Reno, Nevada.

   **IT IS SO ORDERED**.

LANCE S. WILSON, CLERK

By:          /s/
          Deputy Clerk