UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| LARRY WISENBAKER, *et al.*, | ) | |
| Plaintiffs, | ) ) | 3:03-cv-00500-LRH (VPC) |
| v. | ) ) | <u>ORDER</u> |
| CRAIG FARWELL, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#106) entered on April 26, 2010, in which the Magistrate Judge recommends that plaintiffs' motion to enforce settlement agreement (#80) should be denied.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record and has made a determination in accordance with the requirements of 28 U.S.C. § 636 (b)(1)(B) and Local Rule IB 1-4, and good cause appearing, the Court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#106); therefore, plaintiffs' motion to enforce settlement agreement (#80) is denied.

IT IS SO ORDERED.

DATED this 19th day of May, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE