1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                              * * * * *

9    LARRY WISENBAKER,                    )
                                          )
10            Plaintiff,                   )        3:03-cv-00500-LRH-VPC
                                          )
11   v.                                   )
                                          )        O R D E R
12   CRAIG FARWELL, et al.,               )
                                          )
13            Defendants.                 )
     _____ )

14

15        Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P.

16   Cooke (#108[1]) entered on June 7, 2010, recommending denying Defendants' Motion to Dismiss (#79)

17   filed on January 5, 2010. Defendants  filed their Objection to Report and Recommendation by U.S.

18   Magistrate Judge Cooke  (#111) on July 6, 2010. Plaintiff filed a response (#115) on August 13, 2010.

19   Defendants filed a reply (#117) on August 23, 2010.  This action was referred to the Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice of the United States

21   District Court for the District of Nevada.

22        The Court has conducted its *de novo* review in this case, has fully considered the objections

23   of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record

24   pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the

25

26        [1]Refers to court's docket number.

1  Magistrate Judge's Report and Recommendation (#108) entered on June 7, 2010, should be adopted

2  and accepted.

3          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

4  (#108) entered on June 7, 2010, is adopted and accepted, and Defendant's Motion to Dismiss (#79)

5  is DENIED.

6          IT IS SO ORDERED.

7          DATED this 24th day of August, 2010.

8

9

10  _____

11  LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26