UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LARRY M. WISENBAKER,            )   CASE NO. 3:03-cv-500-LRH(VPC)
                                )
      Plaintiff,                )   ORDER
                                )
vs.                             )
                                )
CRAIG FARWELL, et al.,          )
                                )
      Defendants.               )
_____)

✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG 10 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

This case is currently scheduled for trial on the stacked calendar of February 28, 2012.

IT IS ORDERED that this case is referred to The Honorable Valerie P. Cooke for the purpose of conducting a settlement conference.

DATED this 5th day of Aug., 2011.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE